W. Ray Jones, SBN 050849
**JONES & STEPHENS**
A Professional Corporation
1624 Santa Clara Drive, Suite 120
Roseville, California 95661
(916) 786-0950 / 969-0950                    OK/HAV

Attorney for Plaintiff
JORGE MAYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MAYA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ACCOTEL PROPERTY INVESTORS, LLC, fictitiously doing business as MOTEL 6, ACCOTEL REMAINDER, LLC, et al.,<br><br>        Defendants. | CASE NO. 2:05-CV-01940-DEL-GGH<br><br>STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER, TO CONTINUE DISCOVERY CUTOFF DEADLINES, PRE-TRIAL CONFERENCE AND TRIAL DATE<br><br>Judge:            Hon. David F. Levi<br>Courtroom No.    7<br>Pre-trial Conference: February 23, 2007<br>Trial Date:        March 26, 2007 |

Plaintiff, JORGE MAYA, and Defendants, MOTEL 6 OPERATING, LP, and ACCOTEL PROPERTY INVESTORS, LLC, through their respective attorneys of record, W. Ray Jones, Jones & Stephens, a Prof. Corp., and Michael D. Welch, Gordon & Rees, LLP, state that,

GOOD CAUSE EXISTS for amending the Scheduling Order and continuing the trial date based on the facts set forth below in the Declaration of Alisa J. Stephens, and stipulate that the Court make the following orders:

That the Scheduling Order of December 6, 2005 be amended, and that the following Orders be made:

---

1

1.	Dispositive motions shall be filed by June 8, 2007.  Hearing on such motions shall be on July 18, 2007 at 10:00 a.m.  The opposition and reply must be filed by 4:00 p.m. on the day due.

2.	All discovery shall be completed by June 15, 2007.

3.	The parties shall make expert witness disclosures under FRCP 26(a)(2) by June 29, 2007. Supplemental disclosure and disclosure of any rebuttal experts under FRCP 26(a)(2)(c) shall be made by July 9, 2007.  Expert discovery shall be completed by July 31, 2007.

4.	The final pre-trial conference is set for August 10, 2007 at 2:00 p.m. The parties shall file with the court, no later than seven (7) days prior to the final pre-trial conference, a joint pre-trial statement.

5.	Trial in this matter is set for September 10, 2007 at 9:00 a.m.

Dated:   February 16, 2007			JONES & STEPHENS
						A Professional Corporation


						By   /s/W. RAY JONES
						       Attorneys for Plaintiff
						       JORGE MAYA

Dated: February 13, 2007			GORDON & REES LLP



						By /s/MICHAEL D. WELCH
						     Attorneys for Defendants
						     MOTEL 6 OPERATING LP and
						     ACCOTEL PROPERTY INVESTORS LLC


**DECLARATION OF ALISA J. STEPHENS RE GOOD CAUSE**

I, ALISA J. STEPHENS, state:

1.	I am an attorney at law, duly licensed to practice before all courts of the State of California, and am a partner with the firm of Jones & Stephens, a Professional Corporation, attorneys for the plaintiff, Jorge Maya.

2.	This action was removed to the United States District Court for the Eastern District

of California on September 22, 2005.

3. The parties filed a joint status report on November 22, 2005. Plaintiff served his initial disclosure pursuant to FRCP 26(a)(1) on Defendants by mail on January 12, 2006. Defendants served their initial disclosure pursuant to FRCP 26(a)(1) on Plaintiff by mail on March 24, 2006.

4. The Court issued a Status (Pre-trial Scheduling) Order on December 6, 2005, which Plaintiff did not receive. I am informed and believe and thereon state that through inadvertence or mistake Plaintiff's attorneys were not registered to receive documents filed electronically, and that a paper copy was not served by mail. Plaintiff's attorneys were unaware of the existence of such Scheduling Order and all of the deadlines and dates set forth in that Order, until I telephoned the Courtroom Deputy, Harry Vine, on February 12, 2007. I learned, for the first time, that the Scheduling Order had been made, and that the pre-trial conference was set on February 23, 2007, and the trial on March 26, 2007.

5. The parties have participated in mediation, and are still attempting to resolve this case through mediation. The first mediation occurred on October 25, 2006. Thereafter, it was continued several times to allow Defendants to obtain a DME and to take depositions, which I thought were for purposes of a more meaningful mediation. We have currently scheduled March 14, 2007 for further mediation.

6. Plaintiff would be prejudiced if the current discovery cutoffs and trial date remain in that Plaintiff has not completed discovery, disclosed expert witnesses, or prepared for trial, as counsel for Plaintiff was unaware of the Scheduling Order, and also believed that the case would be resolved through mediation.

I declare under penalty of perjury that the foregoing is true and correct, except as to matters stated herein on information or belief, and as to those matters, I believe them to be true.

Executed on this 13th day of February, 2007, at Roseville, California.

/s/ALISA J. STEPHENS, Declarant

## **ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, and good cause having been established, the Court hereby amends the Scheduling Order of December 6, 2005 as follows:

1. Dispositive motions shall be filed by June 8, 2007. Hearing on such motions shall be on July 18, 2007 at 10:00 a.m. The opposition and reply must be filed by 4:00 p.m. on the day due.

2. All discovery shall be completed by June 15, 2007.

3. The parties shall make expert witness disclosures under FRCP 26(a)(2) by June 29, 2007. Supplemental disclosure and disclosure of any rebuttal experts under FRCP 26(a)(2)(c) shall be made by July 9, 2007. Expert discovery shall be completed by July 31, 2007.

4. The final pre-trial conference is set for August 10, 2007 at 2:00 p.m. The parties shall file with the court, no later than seven (7) days prior to the final pre-trial conference, a joint pre-trial statement.

5. Trial in this matter is set for September 10, 2007 at 9:00 a.m.

IT IS SO ORDERED.

DATED:  02/16/2007

/s/ David F. Levi
DAVID F. LEVI, United States District Judge