W. Ray Jones, SBN 050849
Alisa J. Stephens, SBN 078938
JONES & STEPHENS
A Professional Corporation
1624 Santa Clara Drive, Suite 120
Roseville, CA 95661
(916) 786-0950 / 969-0950

Attorneys for Plaintiff
JORGE MAYA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MAYA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ACCOTEL PROPERTY INVESTORS, LLC, ficticiously doing business as MOTEL 6, ACCOTEL REMAINDER, LLC, et al.,<br><br>  Defendants. | CASE NO. 2:05-CV-01940-DEL-GGH<br><br>**STIPULATION RE: DISMISSAL OF DEFENDANTS WITH PREJUDICE**<br><br>**[FRCP, RULE 41]**<br><br>Judge:             Hon. David F. Levi<br>Courtroom No.:  7<br>Pretrial Conference: 2/23/07<br>Trial Date:         March 26, 2007 |

COMES NOW Plaintiff, JORGE MAYA, by and through his attorneys of record, JONES & STEPHENS, and Defendants, ACCOTEL PROPERTY INVETORS, LLC, ficticiously doing business as MOTEL 6, ACCOTEL REMAINDER, LLC, by and through their attorneys of record, GORDON & REES, and stipulate that this entire action shall be dismissed, with prejudice.

Dated:                                GORDON & REES LLP


                                      By: _____
                                           Michael Welch
                                           Attorney for Defendants

-1-

1  Dated:                                    JONES & STEPHENS
                                             A Professional Corporation
2

3
                                             By: _____
4                                                 ALISA J. STEPHENS
                                                  Attorneys for Plaintiff
5                                                 JORGE MAYA

6
                                  **ORDER**
7
     GOOD CAUSE APPEARING and pursuant to the stipulation of counsel, it is hereby
8
ordered that this action is dismissed, with prejudice.
9
DATED: June 1, 2007
10
                                             /s/ David F. Levi
11                                           JUDGE OF THE UNITED STATES
                                             DISTRICT COURT
12